IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  Cr. No. 15-525 KG

JULIO JOSE-MANUEL,

    Defendant.

## ORDER

This matter comes before the Court on Defendant's Motion to Suppress, filed March 11, 2015. (Doc. 15). The Government filed a response on March 20, 2015. (Doc. 16).

On April 22, 2015, the Court held an evidentiary hearing on the Motion to Suppress. Edwin Garreth Winstead represented the Government, and Nia Rucker represented Defendant, who was present. After hearing the evidence at the evidentiary hearing and after considering oral and written arguments of counsel, the Court finds and concludes for the reasons stated on the record that the Motion to Suppress is denied.

IT IS, THEREFORE, ORDERED that the Motion to Suppress (Doc. 15) is denied.

_____
UNITED STATES DISTRICT JUDGE